JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK CLYMER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF ADELANTO, an incorporated California Municipality; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:16-CV-02535-JGB (JCx)<br>Judge: Hon. Jesus G. Bernal<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41<br><br>Complaint filed: December 8, 2016 |

# ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that:

1. The complaint filed in the above-captioned action be dismissed in its entirety and with prejudice.

2. "The Family Safety Foundation" in the amount of Thirty Thousand Dollars ($30,00.00) and send it to Family Safety Foundation, 813 Harbor Blvd., #171, West Sacramento, CA 95691 within fifteen (15) days following the dismissal of this action. The Parties waive and release any other alleged damages or fees based on the facts alleged in the complaint filed in this action, and neither Party shall be entitled to recover attorney's fees and costs as a result of dismissal of the action.

**IT IS SO ORDERED.**

Dated: March 22, 2018

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE